**MEMO ENDORSED** NIXON PEABODY LLP

437 Madison Avenue
New York, New York 10022-7001
(212) 940-3000
Fax: (212) 940-3111

Constance M. Boland
Direct Dial: (212) 940-3122
Direct Fax: (866) 947-2210
E-Mail: cboland@nixonpeabody.com

September 25, 2012

**BY E-MAIL**

Honorable Richard J. Sullivan
United States District Court
Southern District of New York
500 Pearl Street, Room 640
New York, New York 10007
Email: SullivanNYSDChambers@nysd.uscourts.gov

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/27/2012

Re: *Prestige Capital Corp. v. Entertainment Development Group, LLC, et al.*
12 Civ. 5531 (RJS)

Dear Judge Sullivan:

I write as counsel for plaintiff Prestige Capital Corp. ("Prestige") to respectfully request an extension of time for the parties to submit their joint letter and Case Management Plan and Scheduling Order pursuant to Rule 26(f) of the Federal Rules of Civil Procedure and the Individual Practices of Judge Sullivan from September 21, 2012 until October 12, 2012, seven days before the pretrial and pre-motion conference currently scheduled for October 19, 2012.

This is the parties' first request for an extension and I have conferred with Chambers and with my adversary, Mr. Uretsky, regarding the extension. The extension is necessary because the parties have been busy addressing issues relating to: (i) the injunction Prestige secured against defendant Entertainment Development Group, LLC ("EDG"); (ii) the enforcement of that injunction; and (iii) defendants' requests for a pre-motion conference to dismiss certain claims in the Complaint and, later, a claim in the Amended Complaint.

I thank the Court in advance for its consideration in this matter.

Respectfully submitted,

Constance M. Boland

CMB/kjm
cc: Jonathan C. Uretsky, Esq.
    Richard C. Pedone, Esq.

14157043.1

SO ORDERED
Dated: 9/27/12
RICHARD J. SULLIVAN
U.S.D.J.